UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LEONEL CALERO-LOAISIGA,

              Petitioner,

   v.

FERETI SEMAIA, et al.,

              Respondent.

_____

)  Case No.  5:26-cv-03183-SB-SSC
)
)
)
)  ORDER ACCEPTING FINDINGS AND
)  RECOMMENDATIONS OF UNITED
)  STATES MAGISTRATE JUDGE
)
)
)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records and files herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts the recommendations of the Magistrate Judge.  While Petitioner seeks release as an alternative, he did not object to the Report and Recommendation granting a bond hearing instead.

Accordingly, it is ordered:

1.     The Report and Recommendation is accepted;

2.     The Petition is granted to the extent Petitioner seeks a bond hearing;

3.     Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge within seven days of this Order;

4.     Respondents shall file a status report no later than July 6, 2026, confirming that they have provided Petitioner with a bond hearing.  Upon receipt of the status report and confirmation that the hearing complied with this order, a final judgment will issue.

5.     The Court clerk shall serve this Order on all counsel for parties of record.



DATED:      June 25, 2026

_____
Stanley Blumenfeld Jr.
United States District Judge