JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL CALERO-LOAISIGA, Petitioner, v. FERETI SEMAIA, et al., Respondents. | Case No. 5:26-cv-03183-SB-SSC<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that:

1. The petition for a writ of habeas corpus was conditionally granted to the extent it required Respondents to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a);

2. Respondents have complied with the Court's order by providing Petitioner with the required bond hearing; and

3. Judgment is entered accordingly.

Dated: July 9, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE